UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEANDRA JACKSON | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Civil Action No.: 1:17-cv-1814 (CKK) |
| | ) |
| DISTRICT OF COLUMBIA | ) |
| | ) |
| *Defendant*. | ) |

**PLAINTIFF'S RULE 26(a)(1) DISCLOSURES**

Plaintiff Keandra Jackson, by and through counsel, pursuant to Fed. R. Civ. P. 26(a)(1) and the Court's Scheduling Order, hereby discloses the following information based on information reasonably available at this time.

**I.    Individuals Likely to Have Discoverable Information, and the Subjects of that Information:**

Plaintiff has disclosed all individuals currently known to have discoverable information in her response to the defendant's discovery requests.

**II.    Description of Documents, Data Compilation, and Tangible Things that Plaintiff May Use to Support her Claims:**

The plaintiff has provided all documentation known to be in her possession that may be used to support her claims.

**III.    Computation of Damages Sought by the Disclosing Party**

Evidence of emotional pain and suffering will be presented to the Jury.

**IV.    Any Insurance Agreement That May be Used to Satisfy the Judgment**

Not Applicable.

Dated:  March 23, 2018	Respectfully submitted,

	*/s/ Ari S. Casper*
	ARI S. CASPER (D.C. Bar No. 471013)
	The Casper Firm, LLC
	One South St. 27th Floor
	Baltimore, MD 21202
	Phone: (410) 989-5097
	Fax: (410) 630-7776
	Email: acasper@casperfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that, on the 23rd day of March, 2018, a copy of the foregoing was electronically filed via the Court's CM/ECF system, which will then send a notification of such filing (NEF), to the following counsel:

>Patricia Donkor
>Assistant Attorney General
>441 4th Street, N.W., Suite 630 South
>Washington, D.C. 20001
>E-mail: Patricia.donkor@dc.gov


>*/s/ Ari S. Casper*
>Ari S. Casper